784 A.2d 71

IN THE MATTER OF GEORGE J. MANDLE, JR., AN ATTORNEY AT LAW.

November 16, 2001.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–319 and DRB 00–320 concluding that **GEORGE J. MANDLE, JR.,** of **LINDEN,** who was admitted to the bar of this State in 1970, and who was temporarily suspended from the practice of law by Order of this Court filed on May 9, 2001, and who remains suspended at this time, should be suspended from the practice of law for a period of three months for

violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and RPC 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **GEORGE J. MANDLE, JR.,** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that on reinstatement to practice, respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of three years and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.